UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. MJ09-554 <br> v. ) <br> ) <br> JOHN W. CHUNG, ) DETENTION ORDER <br> ) <br> Defendant. ) <br> _____ ) | |

<u>Offense charged</u>:

　　Theft of Public Money, in violation of 18 U.S.C. § 641.

<u>Date of Detention Hearing</u>: November 10, 2009.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　(1)　Defendant has no ties to this jurisdiction.

　　(2)　Defendant has engaged in frequent international travel.

　　(3)　There are inconsistencies in reports regarding defendant's financial issues, suggesting lack of candor with Pretrial Services.

　　(4)　Pretrial Services has little ability to supervise defendant if released.

(5) The Assistant U.S. Attorney proffered that some portion of proceeds may have gone to his sister making her home an inappropriate place to stay.

(6) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and risk of economic danger to other persons or to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of November, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge